**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Bobby Glenn BANKS, Defendant–**
**Appellant.**

**No. 12–2253.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 20, 2013.

Filed: April 11, 2013.

Jane W. Duke, Patrick C. Harris, Michael D. Johnson, Assistant U.S. Attorney, Edward O. Walker, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Bobby Glenn Banks, Pollock, LA, pro se.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Bobby Banks appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence under Amendment 750 of the United States Sentencing Guidelines. After careful review of the record, we conclude the district court did not abuse its discretion in finding that Banks was responsible for more than 2.8 kilograms of cocaine base, and thus that the amendment did not change his Guidelines range. *See United States v. Anderson*, 707 F.3d 973, 974–75 (8th Cir.2013) (per curiam) (standard of review; district court may make new factual findings in considering § 3582(c)(2) motion, as long as they are consistent with original sentencing determination and supported by record). Accordingly, we affirm the judgment of the district court, grant counsel's motion to withdraw, and deny Banks's request for new counsel.

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.